No. 752. CORTES, ADMINISTRATOR, v. BALTIMORE INSULAR LINE, INC. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Basil O'Connor* for petitioner. *Mr.*

536

*George Whitefield Betts, Jr.,* for respondent.

